Case Name: VARGAS, PAUL
                VARGAS, JUNE
Case No:    08-70078

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 18, 2008          WILLIAM T. NEARY
                                                  United States Trustee, Region 11


                              BY:    *Carole J. Ryczek*
                                              CAROLE J. RYCZEK
                                              Attorney for the U.S. Trustee