IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
VARGAS, PAUL
VARGAS, JUNE

CASE NO. 08-70078 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-5159; XXX-XX-1496

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

   on:   October 20, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 888.62 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                  $       3,554.47

   b. Disbursements                             $           3.51

   c. Net Cash Available for Distribution       $       3,550.96

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,662.34, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $28,250.10, resulting in an approximate distribution of 9.42% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   September 10, 2008         /s/Stephen G. Balsley
                                   STEPHEN G. BALSLEY
                                   6833 STALTER DRIVE
                                   ROCKFORD, IL 61108
                                   815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0078   Doc 45   Filed 09/19/08   Entered 09/21/08 23:49:29   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: jshores              Page 1 of 2           Date Rcvd: Sep 19, 2008
Case: 08-70078                 Form ID: pdf002            Total Served: 36

The following entities were served by first class mail on Sep 21, 2008.
db          +Paul Vargas,    2224 Ridge Drive,    Hebron, IL 60034-8506
jdb         +June Vargas,    2224 Ridge Drive,    Hebron, IL 60034-8506
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11867402     Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11867403     Best Buy/HRS USA,    Post Office Box 17298,    Baltimore, MD 21297-1298
11867404     Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
12119243    +CitiMortgage, Inc.,    POB 9481,    Gaithersburg, MD 20898-9481
11867405    +Citifinancial Retail Services,    Post Office Box 221799,    Charlotte, NC 28222-1799
11867406     Citimortgage, Inc.,    Post Office Box 8003,    South Hackensack, NJ 07606-8003
11867407     ComCast,    2508 West Route 120,    McHenry, Illinois 60050
11867408     ComEd,    Attn.: Revenue Management,    2100 Swiss Drive,    Oak Brook, Illinois 60523
11867409    +DuPage County Collector,    505 North County Farm Road,    Wheaton, IL 60187-3907
11867410    +Elmhurst Memorial Hospital,    200 Burteau Avenue,    Elmhurst, Illinois 60126-2989
11867411    +Elmhurst Memorial Hospital,    c/o Van Rue Credit Corp.,    10024 Skokie Blvd.,
              Skokie, IL 60077-1025
12279866    +FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11867412   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Cust. Ser. Dept./Mail Drop 1090G1,
              38 Fountain Square Plaza,    Cincinnati, OH 45263)
12213600    +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,    1850 E Paris SE,
              Grand Rapids MI 49546-6210
11867413     GMAC,    Post Office Box 2150,    Greeley, CO 80632-2150
11867414    +H.F.C.,    226 West Roosevelt Rd.,    Villa Park, IL 60181-3505
11867415     Harlem Room Place,    c/o Network National Bank,    Post Office Box 659704,
              San Antonio, TX 78265-9704
11867417    +Household Finance Corp.,    226 W. Roosevelt Rd.,    Villa Park, IL 60181-3505
12506393     Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
11867418     J. C. Penney,    Post Office Box 533,    Dallas, Texas 75221-0533
11867420    +ONRABIO-1,    Post Office Box 1022,    Wixom, MI 48393-1022
11867422    +Sams Club Discover,    Post Office Box 960013,    Orlando, FL 32896-0013
11867423    +Village of Bensenville,    12 South Center Street,    Bensenville, IL 60106-2130
11867424    +Washington Mutual,    Default Cash Processing,    7255 Baymeadows Way,
              Jacksonville, FL 32256-6851

The following entities were served by electronic transmission on Sep 20, 2008.
12583817    +E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2008 01:42:32     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11867416    +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2008 01:41:26     Home Depot,
              Monogram Credit Card Bk of GA,    7840 Roswell Rd., Bldg. 100, #210,
              Atlanta, Georgia 30350-6877
12191104     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11867419     E-mail/Text: bankrup@nicor.com                            Nicor,    Post Office Box 2020,
              Aurora, Illinois 60507-2020
12583818     E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2008 01:42:30
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12010587    +E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2008 01:42:32
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12010589    +E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2008 01:42:31
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11867421    +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2008 01:41:30     Sams Club,    Post Office Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: jshores            Page 2 of 2             Date Rcvd: Sep 19, 2008
Case: 08-70078                 Form ID: pdf002          Total Served: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2008**          **Signature:**   *Joseph Speetjens*